

1  Edgar Lee WARREN    E-filing Page 1 and 2. —

2  35 County center DR.

3  Oroville, Ca 95965    CV 08    2862

4

5  OFFICE The CLERK, U.S. DistRict court NRtHERN

6  District of california and so on and so on

7

8  Dear united states District Judges however

9  Edgar Lee WARREN ask To go To clic Law library

10  here at Butte county Jail over and over To

11  have his COMPLAINT UNDER The civil Rights

12  Act, Title 42 u.s.c. § 1983# and The PLAINtiFFs

13  REPLY AND oppsItion To DEFENDANts' motion

14  To DISMISS, motion To STRIKE, AND motion

15  To COMPEL FUrtHER StateMENt OF CLAIM and

16  will not COPY The motion FOR AppINtMENt

17  OF COUNSEL and DocuMENts and EXHibits To

18  however Butte county Jail clic Law library

19  will not give copies FoR This case To The

20  NRtHERN District Federal court and they want

21  give Edgar Lee WARREN ANY copies oF This

22  case however MR. WARREN Is asKing NRtHERN

23  District Judge's The oFFice oF The CLERK

24  u.s. District court NORtHERN District oF

25  california To Send Edgar Lee WARREN back

26  A COPY's of all The complaint UNDER The

27  civil Rights Act, Title 42 u.s.c. § 1983# and

28  The motion FOR AppINtMENt OF COUNSEL

Page 2

1  and all DOCUMENT's and EXHibit's To because
2  mR. WARREN Don't have ANY copies oF This
3  case. however Thank you FoR YOUR time.
4
5
6
7
8  SIGNATURE: Edgare Lee WARREN
9
10  DAte May 25-2008#