all family here and my Address Mr. WARREN       Page 22

1. Edgar Lee WARREN                    KaMeshia WARREN
2. Inmate I.D. 137286                  daughter, Don't
3. 35 County center Dr.                Know Address it
4. Oroville, ca 95965                  EQST PALO ALto, ca
5.
6. Diana WARREN daughter               E-filing
7. 1508 MONtEREY APtH                  CV 08
8. BAKERSFeild, ca 93305                              2862
9.
10. Edgar Lee WARREN AUNt RUBY
11. Phone number (530)894-6276#                       MHP
12. 1020 LeNdaN street chico, ca 95926
13.                                                   (PR)
14. Edgar Lee WARREN COUSIN'S MR. CURtIS
15. MR. Roy H. Phone number (530)895-0186#
16. 1145 W. 2d Street #3
17. Chico, CaLIFORNia 95926
18.
19. Edgar Lee WARREN was at This Address out of
20. Los Angeles, ca. 1535 W. 58th PL
21. Los Angeles, CalIFORNia 90047
22. MR. Edgar Lee WARREN IS-51-year old
23. black man of .U.S.
24.
25. NAPA State Hospital
26. 2100 NAPA vallEJo HWY
27. NAPA, CaIiFORNia 94558
28. Edgar Lee WARREN went To Court May 20-2008-and
    Judge sent WARREN To NAPA State Hospital
    so that where WARREN will be But WARREN Don't
    Know when they going to take WARREN there

1  I declare under penalty of perjury the
2  forgoing is true and correct.
3
4  Signed this 19 day of May, 20 2008
5
6  Edgar Lee Warren
7  (Plaintiff's signature)