Edgar Lee Warren, In pro per
Inmate ID: 137286
Butte County Jail -B-Pod-66-L-
35 County Center DR.
Oroville, CA 95965

FILED
08 JUN -9 PM 1:40
RICHARD W. [WIEKING]
CLERK U.S. DISTRICT COURT
[NORTHERN DISTRICT OF CALIFORNIA]

E-filing

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Edgar Lee Warren,
      Plaintiff,

vs.

Butte County Jail,
Doctors and Medical Staff
      Defendant.

CV CASE NO. 08 2862

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

MHP
(PR)

I, Edgar Lee Warren, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __N/A__    Net: _____

Employer: _____

_____

S. APP. TO PROC. IN FORMA PAUPERIS

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.   (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _I have never worked and_
5  _Edgar Lee Warren was on SSI in-2004#_
6  
7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.   Business, Profession or              Yes ___ No _X_
10           self employment
11      b.   Income from stocks, bonds,           Yes ___ No _X_
12           or royalties?
13      c.   Rent payments?                       Yes ___ No _X_
14      d.   Pensions, annuities, or              Yes ___ No _X_
15           life insurance payments?
16      e.   Federal or State welfare payments,   Yes ___ No _X_
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.     Are you married?                       Yes ___ No _X_
24  Spouse's Full Name: _N/A_
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

- 2 -

1    b.   List the persons other than your spouse who are dependent upon you for
2         support and indicate how much you contribute toward their support. (NOTE:
3         For minor children, list only their initials and ages. DO NOT INCLUDE
4         THEIR NAMES.).
5    NONE _____
6    _____
7  5. Do you own or are you buying a home?          Yes ___ No _X_
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6. Do you own an automobile?                     Yes ___ No ___
10 Make NONE _____ Year _____ Model _____
11 Is it financed? Yes _____ No _____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7. Do you have a bank account? Yes _____ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ N/A _____
17 Do you own any cash? Yes ___ No _X_ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No _X_
20 _____
21 8. What are your monthly expenses?
22 Rent: $ NONE _____ Utilities: _____
23 Food: $ _____ Clothing: _____
24 Charge Accounts:
25 Name of Account          Monthly Payment          Total Owed on This Acct.
26 NONE _____         $ _____             $ _____
27 _____              $ _____             $ _____
28 _____              $ _____             $ _____

S. APP. TO PROC. IN FORMA PAUPERIS              - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

*None*

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?  Yes _X_  No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed. *When I was at the Jail at Los Angeles, CA I had at attorney file something, I don't know what the out come is I cannot contact my attorney becaur they want let my mail, or Phone call got through*

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

*May 19-2008*                *Edgar Lee Warrum*
DATE                          SIGNATURE OF APPLICANT

Case Number: _____

## CERTIFICATE OF FUNDS IN PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Edgar Lee Warren_ [prisoner name] for the last six months where (s)he is confined at _Butte County Jail_ [name of institution].

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _0.00_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _0.55_.

Dated: 5-23-08

_____
[Authorized officer of the institution] J-38

- 5 -